IN THE

TENTH COURT OF
APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-03-00173-CV

 

In the Interest of B.T.B. and J.D.B.,

Minor Children

 

 



From the 82nd
District Court

Robertson County, Texas

Cause No. #
02-07-16,516-CV

 

 



MEMORANDUM 
Opinion



 








          Michelle
Briggs’s parental rights to her two children were terminated.  She appealed. 
In February, we abated her appeal and ordered the trial court to
determine if she was represented by counsel or if counsel should be
appointed.  The trial court held the
hearing as ordered.  The trial court
clerk filed a second supplemental Clerk’s Record which contained a document
entitled, “Agreed Dismissal of Appeal & Order Approving Settlement.”  This document reflects that Michelle
announced she would dismiss her appeal. 
She personally signed the document. 
The trial judge also signed it in approval.

There is nothing in the record that indicates
Michelle’s agreement to dismiss her appeal was not voluntary, intelligent, and
knowing.  Cf. Monreal v. State, 99
S.W.3d 615, 622 (Tex. Crim. App. 2003).

This appeal is dismissed.  See
Tex. R. App. P. 42.1.

 

                                                                   TOM
GRAY

                                                                    Chief
Justice

 

Before Chief Justice Gray,

          Justice Vance, and

          Justice Reyna

Dismissed

Opinion delivered and filed July
 21, 2004

[CV06]